| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SEAN OMAR WILLIAMS, | | No. CV 14-02795 JAK (PJWx) |
| Plaintiff, | | |
| v. | | |
| UNITED STATES OF AMERICA, | | |
| Defendant. | | |

**ORDER DISMISSING ACTION WITH PREJUDICE**

**JS-6**

The parties, having filed a Stipulation for Compromise Settlement and Release, and Stipulation for Voluntary Dismissal,

IT IS HEREBY ORDERED:

1. Plaintiff's action is dismissed with prejudice; and
2. Each party shall bear their own costs of suit and fees.

Dated: February 18, 2015

_____
HONORABLE JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE